PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN# 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    E-Mail: richard.rodriguez@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AMBER RAE KINGSLEY, | No. 2:14-cv-01157-DB |
| Plaintiff, | STIPULATION and ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT (EAJA) ATTORNEY FEES |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

The parties agree that Plaintiff is entitled to an award of attorney fees and expenses to be paid by the Defendant pursuant to the EAJA, 28 U.S.C. § 2412, subject to any offset as described in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

The parties agree that an award of attorney's fees in the amount of $6,000.00 shall be awarded to Plaintiff and expenses of $4.69 for postage, $6.20 for copies, and $23.90 for online research. Total EAJA fees and expenses equal $6,034.79. If it is determined Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then

1

the check for EAJA fees shall be made payable to Robert C. Weems, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.

Finally, the parties agree whether the check is made payable to Plaintiff, or to Robert C. Weems, the check shall be mailed to Plaintiff's attorney at the following address: WEEMS LAW OFFICES, 769 Center Blvd., PMB 38, Fairfax, CA 94930.

Respectfully submitted,

Date: May 8, 2017  /s/Robert C. Weems
Robert C. Weems, CSBN 148156
Attorney at Law
Attorney for Plaintiff
*By email authorization on May 8, 2017

Date: May 8, 2017  PHILLIP A. TALBERT
United States Attorney

By:  /s/Richard M. Rodriguez
Richard M. Rodriguez
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation (ECF No. 24) IT IS SO ORDERED.

DATED: May 9, 2017  /s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

2